RICHARD D. EPSTEIN, an Infant, by His Guardian ad Litem, RUTH EPSTEIN, et al., Appellants, *v.* VICTOR EPSTEIN, Doing Business under the Name of LUCKY'S LUGGAGE SHOP, Respondent.

Submitted April 18, 1955; decided April 21, 1955.

*Wilbur M. Jones* and *John W. Trapp* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, unless within ten days appellants serve and file an undertaking on appeal and pay $10 costs, and within twenty days file the return, in which events motion denied.